UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :         MAGISTRATE NO.: __14-9138__

V.                                :         CRIMINAL ACTION

__Kevin Groce__                   :         ORDER OF RELEASE

The Court orders the defendant, _____, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

__/s/ Kevin__                          __8/21/14__
DEFENDANT                              DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__/s/ Anthony R. Mautone__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__8/21/14__
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

__/s/ Leslie Richards__
U.S. PRETRIAL SERVICES OFFICER